■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS SIERRA, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on September 26, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Lynch, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE SOUFFRONT, Appellant.—Judgment, Supreme Court, Bronx County (Irving Lang, J.), rendered on January 22, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Fein, Kassal and Rosenberger, JJ.